IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM MCCLAIN,

              Petitioner,

       v.                                   25cv1465

TREVOR WINGARD, DISTRICT          ELECTRONICALLY FILED
ATTORNEY OF ALLEGHENY COUNTY,
ATTORNEY GENERAL OF
PENNSYLVANIA,

              Respondents.

**ORDER OF COURT RE: PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (DOC. 3) AND UNITED STATES MAGISTRATE JUDGE MAUREEN P. KELLY'S REPORT AND RECOMMENDATION (DOC. 4)**

Presently before this Court is Petitioner William McClain's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition"). (Doc. 3).

On October 7, 2025, United States Magistrate Judge Maureen P. Kelly issued a Report and Recommendation in which she recommended to this Court that it: (1) dismiss the Petition "as the claims raised within it are facially unexhausted," with said dismissal being "without prejudice to refiling if, and when, Petitioner has exhausted his state court remedies, if appropriate;" and (2) deny a certificate of appealability "because jurists of reason would not find it debatable whether the Petition should be dismissed without prejudice." (Doc. 4 at 1, 4).

In the Report and Recommendation, Petitioner was informed that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(C), and Rule 72.D.2 of the Local Rules of Court, he had until October 24, 2025, to file any written objections to the Report and Recommendation. (*Id*. at 4, Docket entry for Doc. 4).

A copy of United States Magistrate Judge Maureen P. Kelly's October 7, 2025 Report and Recommendation was sent to Petitioner at his address of record, via first class mail.

To date, no objections have been received from Petitioner.

After *de novo* consideration of Petitioner William McClain's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 3) and United States Magistrate Judge Maureen P. Kelly's October 7, 2025 Report and Recommendation (Doc. 4), the following Order is entered:

AND NOW, this 4th day of November, 2025, IT IS HEREBY ORDERED THAT:

1. Petitioner William McClain's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 3) **IS DISMISSED WITHOUT PREJUDICE** to Petitioner refiling if, and when, Petitioner has exhausted his state court remedies, if appropriate;

2. A Certificate of Appealability is **DENIED**;

3. United States Magistrate Judge Maureen P. Kelly's October 7, 2025 Report and Recommendation (Doc. 4) is **ADOPTED AS THE OPINION OF THIS COURT;** and

4. The Clerk of Court shall mark this **CASE CLOSED**.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    ECF Counsel of Record

William McClain
#193928
ALLEGHENY COUNTY JAIL
POD 3B
950 Second Avenue
Pittsburgh, PA 15219